

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-09-00367-CV

## IN RE CAROLINE DURHAM AND BARRY DURHAM

_____

## Original Proceeding

_____

## MEMORANDUM OPINION

_____

The amended petition for writ of mandamus is denied, and this Court's November 6, 2009 stay order is lifted.

REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Reyna, and
      Justice Davis
Petition denied
Opinion delivered and filed November 10, 2009
[OT06]